## SIEGEL v. FRANKEL.

(Supreme Court, Appellate Term.   April 24, 1905.)

JUDGMENT—FAILURE TO APPEAR—DEFAULT—VACATION—TERMS.

Where a cause was at issue, and was duly reached on the day calendar, and was marked for inquest on defendant's failure to appear upon the call of the calendar, and an inquest was thereupon duly taken, the court, on subsequently opening defendant's default, should have required him to pay not only the $10 motion costs, but should have added thereto a trial fee of $30 and plaintiff's disbursements.

Appeal from City Court of New York, Trial Term.

Action by Annie Siegel against Bernard Frankel. From an order setting aside an inquest and opening a default taken at trial term, plaintiff appeals.   Modified.

The action was at issue, and was duly reached on the day calendar of the trial term for trial.   Defendant having failed to appear upon call of the calendar, the cause was called for inquest on plaintiff's motion, and an inquest was thereupon duly taken.   The motion to open the default and set aside the inquest was subsequently made and granted.

Argued before SCOTT, P. J., and LEVENTRITT and GREENBAUM, JJ.

Henry Salant, for appellant.

Thomas F. Gilleran, for respondent.

PER CURIAM.   Ordinarily we are indisposed to interfere with discretionary orders of the court below.   In the present case, however, the terms imposed upon opening the default seem to be quite inadequate.   In addition to the $10 motion costs provided for by the order, there should be added a trial fee of $30 and the plaintiff's disbursements.

The order will be modified to this extent, and, as modified, affirmed, without costs.